SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAOTANG YANG, | ) |
|               Plaintiff, | ) No. C 07-5277 HRL |
| v. | ) **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| MICHAEL CHERTOFF, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, MICHAEL B. MUKASEY, U.S. Attorney General, | ) |
|               Defendants. | ) |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

Parties' Consent to Magistrate Jurisdiction
C07-5277 HRL                               1

| | | |
|---|---|---|
| 1 | Date: December 19, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| | | United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| | | ILA C. DEISS |
| 5 | | Assistant United States Attorney |
| | | Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: December 19, 2007 | _____/s/_____ |
| | | DAOTANG YANG |
| | | Pro se |

Parties' Consent to Magistrate Jurisdiction
C07-5277 HRL                              2