## CERTIFICATE OF SERVICE

### Daotang Yang v. Michael Chertoff; et al.
### C 07-5277 HRL

The undersigned hereby certifies that she is an employee of the Office of the United States

Attorney for the Northern District of California and is a person of such age and discretion to be

competent to serve papers. The undersigned further certifies that she is causing a copy of the

following document(s):

### PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION

to be served this date upon the party(ies) as follows:

✓___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by
hand to the person or offices of each addressee below.

__ **FACSIMILE (FAX)** Telephone No.:_____ I caused each such document to
be sent by facsimile to the person or offices of each addressee below.

____ **FEDERAL EXPRESS**

____ **CERTIFIED MAIL**

____ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of
each addressee below.

to the party(ies) addressed as follows:

Daotang Yang, Pro Se
21073 Red Fir Ct.
Cupertino, CA 95014

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on December 20, 2007 at San Francisco, California.


_____
/s/
CAROL E. WEXELBAUM
Legal Assistant