SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAOTANG YANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, MICHAEL B. MUKASEY, U.S. Attorney General, <br><br> Defendants. | No. C 07-5277 HRL <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about October 17, 2007. Defendants' response is due on December 17, 2007.

2. Pursuant to this Court's October 17, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on January 29, 2008, and attend a case management conference on February 5, 2008.

Stipulation for Extension
C07-5277 HRL                                                                 1

3. Plaintiff is scheduled for an interview with the United States Citizenship and Immigration Services on February 7, 2008.

4. In order to allow sufficient time for USCIS to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendant's Answer: | February 19, 2008 |
| Last day to file Joint ADR Certification: | February 26, 2008 |
| Last day to file/serve Joint Case Management Statement: | March 11, 2008 |
| Case Management Conference: | March 18, 2008, at 1:30 p.m. |

Date: December 19, 2007         Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: December 19, 2007         _____/s/_____
DAOTANG YANG
Pro se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

HOWARD R. LLOYD
United States Magistrate Judge

Stipulation for Extension
C07-5277 HRL                    2