```
1   JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
```

9       UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA

11      SAN JOSE DIVISION

| | |
|---|---|
| 12  DAOTANG YANG, | ) |
| 13              Plaintiff, | ) No. C 07-5277 HRL |
| 14              v. | ) **STIPULATION TO DISMISS AND** |
| 15  MICHAEL CHERTOFF, U.S. Department | ) **[PROPOSED] ORDER** |
|     of Homeland Security; | ) |
| 16  EMILIO T. GONZALEZ, Director, U.S. | ) |
|     Citizenship and Immigration Services; | ) |
| 17  GERARD HEINAUER, Director, | ) |
|     Nebraska Service Center, U.S. | ) |
| 18  Citizenship and Immigration Services, | ) |
|     MICHAEL B. MUKASEY, | ) |
| 19  U.S. Attorney General, | ) |
| 20              Defendants. | ) |

21      Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby

22  stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

23  of Plaintiff's adjustment of status application (Form I-485).

25  ///

26  ///

27  ///

28  ///

Stipulation for Dismissal
C07-5277 HRL                                      1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: February 13, 2008                    Respectfully submitted,

3 |                                             JOSEPH P. RUSSONIELLO
                                                United States Attorney

4 |

5 |                                             _____/s/_____
                                                ILA C. DEISS[1]
6 |                                             Assistant United States Attorney
                                                Attorneys for Defendants

7 |

8 |
                                                _____/s/_____
9 | Date: February 13, 2008                    DAOTANG YANG
                                                *Pro se*

10 |

11 |                           **ORDER**

12 |     Pursuant to stipulation, IT IS SO ORDERED.

13 | Date:

14 |                                            _____
                                                HOWARD R. LLOYD
                                                United States Magistrate Judge

15–26 |

---

27 |     [1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28 |

Stipulation for Dismissal
C07-5277 HRL                                    2