JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

*E-filed 2/19/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAOTANG YANG,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL CHERTOFF, U.S. Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services;<br>GERARD HEINAUER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services,<br>MICHAEL B. MUKASEY,<br>U.S. Attorney General,<br><br>　　　　Defendants. | No. C 07-5277 HRL<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

　　Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

///

Stipulation for Dismissal
C07-5277 HRL                                    1

1    Each of the parties shall bear their own costs and fees.

2 Date: February 13, 2008                                       Respectfully submitted,

3                                                             JOSEPH P. RUSSONIELLO
4                                                             United States Attorney

5                                                             /s/
6                                                            ILA C. DEISS[1]
                                                           Assistant United States Attorney
7                                                            Attorneys for Defendants

8

9 Date: February 13, 2008                                       /s/
                                                           DAOTANG YANG
10                                                            *Pro se*

11                                    **ORDER**

12    Pursuant to stipulation, IT IS SO ORDERED.

13 Date:  2/15/08

14                                                            HOWARD R. LLOYD
                                                           United States Magistrate Judge

---

27    [1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28

Stipulation for Dismissal
C07-5277 HRL                                      2